IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMARCUS KENARD JOE,<br># 1047716, | §<br>§<br>§ | |
| Plaintiff, | § | |
| v. | §<br>§ | No. 3:24-cv-01101-E (BT) |
| BOP, et al., | §<br>§ | |
| Defendant. | §<br>§ | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Because the plaintiff is subject to 28 U.S.C. § 1915(g)'s three-strikes bar, and because he has not paid the full filing fee, the plaintiff's case will be **DISMISSED** by separate judgment without prejudice.

**SIGNED** this 17th day of June, 2024

ADA BROWN
UNITED STATES DISTRICT JUDGE